**Annette McKEE; Bertha Kelly, Plaintiffs–Appellants,**

v.

**Richard MITCHELL, County Attorney, Oswego, New York, Defendant– Appellee.**

No. 05–16356.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

McKee–Hovland, Stockton, CA, pro se.

Bertha Kelly C–6, Fulton, NY, pro se.

Margaret Williams, Anwyl, Scoffield & Stepp, LLP, Sacramento, CA, for Defendant–Appellee.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Annette McKee and Bertha Kelly appeal pro se from the district court's order dismissing their action for failure to prosecute. We review for abuse of discretion a dismissal for failure to timely serve the summons and complaint, *Oyama v. Sheehan (In re Sheehan),* 253 F.3d 507, 511 (9th Cir.2001), and we affirm.

The district court properly dismissed the action without prejudice to refiling, because appellants failed to properly serve a summons and complaint on the defendants within 120 days, *see* Fed.R.Civ.P. 4(e)(1) & 4(m); Cal. Civ. Proc. §§ 415.40 & 417.20(a), or to show good cause for this failure, *see In re Sheehan,* 253 F.3d at 512; *Hamilton v. Endell,* 981 F.2d 1062, 1065 (9th Cir.1992) (overruled on other grounds) ("inadvertent error or ignorance of governing rules alone will not excuse a litigant's failure to effect timely service.").

The remaining contentions lack merit.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.